UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABDULLA SAEED,<br><br>                 Plaintiff,<br><br>v.<br><br>TTI CONSUMER POWER TOOLS, INC.*,*<br><br>                 Defendant. | Case No. 23-13234<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 48) AND PLAINTIFF'S MOTION TO SEAL (ECF NO. 52), AND STRIKING AN EXHIBIT**

For the reasons stated on the record during the hearing on May 30, 2025, the Court **DENIES** plaintiff's motion to compel (ECF No. 48), strikes Exhibit A of that motion, and **DENIES** plaintiff's motion to seal (ECF No. 52) and **STRIKES** Exhibit A of the motion to compel.

The Court will hold a remote status conference on Friday, June 13, 2025 at 10:30 A.M., when the parties must:

- Have scheduled a 30(b)(6) deposition; and

- Have established a mechanism via a signed agreement detailing how documents will be filed under seal that complies

with E.D. Mich. LR 5.3 and Sixth Circuit authority, including *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299 (6th Cir. 2016) and *Grae v. Corrections Corp. of Am.*, 134 F. 4th 927 (6th Cir. 2025).

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: May 30, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

**CERTIFICATE OF SERVICE**

 The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 30, 2025.

           s/Davon Allen
           DAVON ALLEN
           Case Manager