UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULLA SAEED,

Plaintiff,

v.

Case No. 23-cv-13234
Honorable Linda V. Parker

TTI CONSUMER POWER TOOLS, INC.,

Defendant.
_________________________________/

**OPINION AND ORDER GRANTING THE MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL, STAYING MATTER FOR FORTY-FIVE (45) DAYS, AND SCHEDULING STATUS CONFERENCE**

This matter is before the Court on a motion to withdraw as counsel for Plaintiff, filed by Ronnie E. Cromer, Jr. and The Cromer Law Group, PLLC. (ECF No. 73). Mr. Cromer, who agreed to enter his appearance in this matter on a pro bono basis, seeks to withdraw due to the financial burden on him of prosecuting this products liability action. Mr. Cromer misunderstood the availability of financial assistance through the District's pro bono program.

The Court held a motion hearing with respect to Mr. Cromer's motion on July 29, 2026, at which time Mr. Saeed expressed no opposition to the withdrawal. Defendant does not oppose the motion, either.

The Court finds good cause for Mr. Cromer and The Cromer Law Group to withdraw as counsel for Mr. Saeed. The Court believes the withdrawal can be accomplished without material adverse effect on Mr. Saeed's interests. *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that the motion to withdraw (ECF No. 73) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** for forty-five (45) days to provide time for Mr. Saeed to secure new counsel, if he wishes to do so. If Plaintiff secures new counsel before the stay expires, counsel shall file an appearance in the matter. If no counsel enters his or her appearance by the end of the forty-five-day period, the Court will presume that Mr. Saeed is proceeding pro se.

**IT IS FURTHER ORDERED** that a **remote** status conference is scheduled for **10:00 a.m. on September 23, 2026**. Mr. Saeed does not need to appear if he has retained counsel and counsel has entered his or her appearance on the record. Mr. Saeed or his counsel and counsel for Defendant **shall access the conference as follows**

https://www.zoomgov.com/

Meeting ID: 165 871 1944
Passcode: 638537

One tap mobile
+16692545252,,1658711944# US (San Jose)
+16468287666,,1658711944# US (New York)

**IT IS FURTHER ORDERED** that within seven (7) days of this Opinion and Order, Mr. Cromer shall serve a copy of this Opinion and Order on Mr. Saeed and file a notice on the docket indicating that service has been made. The notice shall also include Mr. Saeed's contact information (address and phone number), as that information does not currently appear on the docket.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 3, 2026